# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0293.  IN RE: ESTATE OF SHARON SYLVESTER YOUNG, DECEASED.**

On April 24, 2013, the Administrator of the Estate of Sharon Sylvester Young filed a petition to disinherit Preston Young.  The probate court granted the petition on September 24, 2013, and Preston Young filed an application for discretionary review of the probate court's order on February 14, 2014.[1]  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Young filed his application 143 days after the entry of the order he seeks to appeal. Therefore, Young's application is untimely, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 04/08/2014
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.

---

[1] Young filed his application in the Supreme Court, which transferred it to this Court.